ARON LAUB, SBN 95478
Law Office of Aron Laub
20501 Ventura Boulevard, Suite 215
Woodland Hills, CA 91364
(818)888-9238 fax: (818)716-8995
E-mail: aronlaub@earthlink.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | Court No. : 06-00031-001 |
|---|---|
| Plaintiff, | [proposed] ORDER |
| vs. | |
| LANCE MICHAEL LACICH, | |
| Defendant. | |

Good cause appearing, IT IS HEREBY ORDERED that Defendant is granted a extension of time to and including June 12, 2007, in which to self-surrender to the United States Penitentiary, Tuscon, Arizona.

Proposed by: _____
Aron Laub, Attorney for Defendant

DATED: 4-12-07       _____
The Honorable Gary L. Lancaster,
United States District Judge

ORDER re Petitioner's Motion for Extension of Time for Self-Surrender to USP, Tuscon, AZ